**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 2, 2019.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-19-00230-CV

---

### IN RE DAVID N. STAFF, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-88718**

---

### MEMORANDUM OPINION

On March 19, 2019, relator David N. Staff filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Robert K. Schaeffer, presiding judge of the 152nd District Court of Harris County, to (1)

vacate his January 25, 2019 order which compels the production of certain medical records of relator and (2) alternatively, order the redaction of portions of these records that allegedly are not relevant.

Relator has also filed a motion for temporary relief, asking this court to stay the January 25, 2019 order. *See* Tex. R. App. P. 52.10.

Generally, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy at law, such as an appeal. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding); *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam).

Relator has not shown that the trial court clearly abused its discretion. We therefore deny relator's petition for writ of mandamus and motion for temporary relief.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.

2